## Rape Appeal.

Argued March 13, 1968. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Carmen V. Marinaro,* for appellant.

*A. R. Cingolani, Jr.,* for appellee.

OPINION PER CURIAM, May 21, 1968:

The appellant-petitioner took an appeal from the order of the lower Court involving an election contest. This was error. The proper procedure was to file a petition for certiorari under Supreme Court Rule 68½ within thirty days from the date of the order sought to be reviewed. No petition was filed within the thirty-day time limit. Thereafter, a petition was filed by the petitioner-appellant, Harold H. Rape, for allowance of an appeal nunc pro tunc under Rule 68½. We find no merit in this petition.

Petition denied and appeal quashed.

Mr. Justice MUSMANNO dissents.